# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 24, 2025

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

    No. 25-50745   In re: Robert Grizzle
                          USDC No. 6:24-CV-631

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Eyonka M. Falls, Deputy Clerk
                          504-310-7670

cc w/encl: Mr. Robert Grizzle

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-50745
_____

In re Robert Grizzle,

    *Petitioner.*

United States Court of Appeals
Fifth Circuit
**FILED**
November 24, 2025
Lyle W. Cayce
Clerk

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:24-CV-631

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of November 24, 2025, for want of prosecution. The appellant failed to timely pay fee.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Eyonka M. Falls, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT